# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | EP-16-CR-693-DB |
| DAMON MURPHY et al. | § § | |

## ORDER

On this day, the Court considered the "Government's Motion to Designate Case as Complex and to Exclude Time Under the Speedy Trial Act" ("Motion"), filed on June 6, 2016. Therein, the Government asks the Court to designate the case as complex and to toll the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 et seq. No responses or objections have been filed.

After due consideration, the Court is of the opinion that the Motion should be granted due to the ends of justice, which under the circumstances of this case outweigh the interests of the public and of the defendants in a speedy trial because: (1) the prosecution is complex in nature; and (2) failing to grant a continuance would deny counsel for the Government and for the defendants the reasonable time necessary for effective representation, taking into account the exercise of due diligence.

Accordingly, **IT IS HEREBY ORDERED** that the "Government's Motion to Designate Case as Complex and to Exclude Time Under the Speedy Trial Act" is **GRANTED**.

**IT IS FURTHER ORDERED** that the time between the filing of the "Government's Motion to Designate Case as Complex and to Exclude Time Under the Speedy Trial Act" and the final resolution of this case is excludable from a calculation under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

**SIGNED** this **21st** day of **June 2016**.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE